IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATANGYA JACKSON,<br><br>      Plaintiff,<br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No.<br><br>1:16-cv-01029-ODE-WEJ |

## AFFIDAVIT BY ORION G. WEBB OF ATTORNEY'S FEES

Personally appeared before the undersigned, attorney for Plaintiff, Orion G. Webb, who after being duly sworn states as follows:

1.

I, Orion G. Webb, am a resident of the state of Georgia. I am over 21 years of age and competent to testify and give this affidavit based upon my personal knowledge that the facts contained herein are true and correct.

2.

I am an attorney licensed to practice law in the state of Georgia. My Georgia Bar number is 479611 and I am currently in good standing with the State Bar of Georgia. I am an Associate with the law firm of Smith, Welch, Webb & White, LLC, and have been practicing law since October, 2014.

3.

I have litigated in the Atlanta Metropolitan Area since October, 2014 with a particular focus on consumer litigation.

4.

I have resolved numerous disputes through informal settlement, several matters through mediation, obtained multiple default judgments, and litigated ten bench and one jury trial.

5.

I have kept contemporaneous, detailed records of time spent litigating the above captioned matter.

6.

My rate is $250.00 per hour for my time and $105.00 per hour for Paralegal time, which is reasonable considering my education and experience. My rate in 2018 was $225 per hour, which was reasonable considering my education and experience. My rate in 2017 was $200 per hour for my time and $105 per hour for Paralegal time, which was reasonable and has been approved by this Court.

7.

Attorney's fees associated with this matter total **$4,155**. A detailed list of these transactions is included below.

## Detailed Transactions

| Date | Timekeeper | Rate | Hours | Amount | Transaction |
|---|---|---|---|---|---|
| 9/7/2018 | PA | $105 | 0.15 | $15.75 | Receive Motion for Attorney's Fees, Brief and Affidavit. Download and profile each Pleading to electronic case file. |
| 9/11/2018 | OGW | $225 | 0.45 | $101.25 | Finalize good faith letter; determine to wait three days to see if responses were mailed today, and file on the Fourth business day, September 17. |
| 9/15/2018 | OGW | $225 | 0.2 | $45.00 | Edit good faith letter, finalize and execute same; instructions to PA to mail and email |
| 9/17/2018 | PA | $105 | 0.35 | $36.75 | Receive FRCP 37(a)(1) Good Faith Discovery letter. Finalize and send correspondence via email and mailing. |
| 9/17/2018 | OGW | $225 | 0.5 | $112.50 | Review timing for response to Motion for Attorney's Fees; Calendar Same |
| 9/20/2018 | OGW | $225 | 1.5 | $337.50 | Motion to Compel; Certificate of Good Faith Effort to Confer; Brief In Support Affidavit of Attorney's Fees; Proposed Order FDCPA Claim |
| 9/21/2018 | PA | $105 | 0.1 | $10.50 | Reach out to opposing counsel regarding check for settlement of garnishment action |

| Date | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 9/21/2018 | OGW | $225 | 1.4 | $315.00 | Finalize Affidavit, Motion to Compel and supporting pleadings; file same |
| 9/24/2018 | PA | $105 | 0.35 | $36.75 | Receive, download, print and update electronic file with Motion to Compel and all supporting documents. File same. |
| 9/24/2018 | OGW | $225 | 0.4 | $90.00 | Receipt of notice of Motion for Attny's fees being sent up to judge unanswered; review file and refresh memory on where Defendant is located; Instructions to PA for Third Party discovery |
| 9/24/2018 | PA | $105 | 1.6 | $168.00 | Edit and finalize Non-Party Notices. Draft Rule 5.4 for each Non Party request. Prepare certified mailing and US mailing for each party. E-file each 5.4. |
| 9/24/2018 | OGW | $225 | 0.5 | $112.50 | Review and edit nonparty discovery requests; execute same; receipt of Fulton County response to open records request, and review same; check q-public for address associated with Defendant |
| 9/24/2018 | PA | $105 | 1.5 | $157.50 | Drafted Non-Party Request to Georgia Power and Fulton County Tax Commissioner, prepared Open Records Request to Fulton County for business records. Conference with Mr. Webb. Search of Clerk's Authority for any deed records. |

| Date | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 9/26/2018 | PA | $105 | 0.3 | $31.50 | Receive, download and print each 5.4 Certificate stamp filed by Clerk of Court |
| 9/26/2018 | PA | $105 | 0.3 | $31.50 | Receive and update electronic file with confirmation of open records request |
| 9/26/2018 | OGW | $225 | 1 | $225.00 | Motion for Writ of Execution |
| 9/27/2018 | PA | $105 | 0.2 | $21.00 | Receive stamp filed copy of Motion for Writ; Download, print, and profile Pleadings to electronic case file |
| 9/27/2018 | OGW | $225 | 0.2 | $45.00 | Inquire with opposing counsel regarding status of proposed settlement |
| 10/4/2018 | PA | $105 | 2.1 | $220.50 | Conference with Mr. Webb upon receipt of Georgia Power response to Non Party request. Scan and update response to electronic case file. Instruction from Mr. Webb related to Garnishment and next steps. Review BB&T Bank locations. Discuss venue for suit. Phone call to Clerk of Court regarding filing fees. Draft and submit check request with instruction. Correspond with process server regarding service. Discuss location of bank branch with Mr. Webb. Draft courier slip with instruction for filing and hand delivery |

5

| Date | | | | | |
|---|---|---|---|---|---|
| | | | | | of courtesy copy. Draft Sheriff's Entry of Service. |
| 10/4/2018 | OGW | $225 | 0.5 | $112.50 | Receipt and review of nonparty document production from GA Power, including voided checks; instructions to PA to draft garnishment of BB&T |
| 10/4/2018 | OGW | $225 | 1.2 | $270.00 | Garnishment Petition against BB&T |
| 10/5/2018 | PA | $105 | 0.5 | $52.50 | Receive stamp filed copies of Pleadings filed by Clerk of Court in garnishment action. Scan and update electronic file. Prepare courier slip with instruction for courier to hand deliver Garnishment action on BB&T Bank. |
| 10/5/2018 | PA | $105 | 0.1 | $10.50 | Receipt of returned certified green card from Fulton County Tax commissioner sent in anticipation of garnishment action; update correspondence in file with same |
| 10/8/2018 | PA | $105 | 0.3 | $31.50 | Review Sheriff's website to determine whether garnishee served. |
| 10/9/2018 | PA | $105 | 0.2 | $21.00 | Review Sheriff's website to determine whether garnishee served. |
| 10/10/2018 | OGW | $225 | 0.5 | $112.50 | Receipt of nonparty documents from Fulton County Tax Authority; review docs and corporate filings with Georgia |

6

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Secretary of Sate to determine who Auspay 1 is in relation to NCS |
| 10/11/2018 | PA | $105 | 0.3 | $31.50 | Review Sheriff's website to determine whether garnishee served. |
| 10/11/2018 | PA | $105 | 0.6 | $63.00 | Review Sheriff's website to determine whether garnishee served. Prepare copies and certified mail to Defendant pursuant to statute; Scan and update case file with copies of mailings |
| 10/12/2018 | PA | $105 | 0.6 | $63.00 | Draft Notice of Service of Garnishment Upon Defendant. Prepare copies of certified and US mailing for Exhibit |
| 10/12/2018 | PA | $105 | 0.4 | $42.00 | Receive order regarding case and action to be taken within 60 days; Calendar same |
| 10/12/2018 | PA | $105 | 0.2 | $21.00 | Receive confirmation of receipt from Georgia Power. Update case file with certified mailing |
| 10/17/2018 | PA | $105 | 0.3 | $31.50 | Review USPS website for tracking information to National Credit Systems |
| 10/17/2018 | PA | $105 | 0.3 | $31.50 | Receive Sheriff's Entry of Service on BB&T; scan and update electronic case file with same. Review Clerk of Court docekt for filing same |
| 10/18/2018 | PA | $105 | 0.5 | $52.50 | Receive instruction form Mr. Webb related to firm W-9. Send copy of same to |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | MS. Olson. Receive and review Correspondence between parties related to Garnishment and Writ |
| 10/18/2018 | OGW | $225 | 0.2 | $45.00 | Correspondence with C Olson regarding receiving payment of judgment; discuss how to proceed with M Hanley; Send wiring instructions |
| 10/18/2018 | OGW | $225 | 0.2 | $45.00 | Correspondence with C Olson regarding wiring instructions |
| 10/19/2018 | PA | $105 | 0.4 | $42.00 | Conference with accounting to determine whether funds have been received |
| 10/19/2018 | PA | $105 | 0.3 | $31.50 | Receipt of notice of dismissal of garnishment |
| 10/19/2018 | OGW | $225 | 0.3 | $67.50 | Review payment form NCS against Judgment and garnishment; prepare pleadings to the Garnishment and Federal Court regarding same; Determine $12.22 still owed on Judgment |
| 10/19/2018 | OGW | $225 | 0.3 | $67.50 | Review, edit, and finalize dismissal of garnishment |
| 10/19/2018 | OGW | $225 | 0.8 | $180.00 | Draft and file withdrawal of motion for Writ; send dismissal of garnishment and withdrawal of motion for writ to Defendant |
| 10/19/2018 | OGW | $225 | 0.5 | $112.50 | Calculate total fees due to date and send demand to Defendant |
| 10/22/2018 | PA | $105 | 0.3 | $31.50 | Receive stamp filed Notice of Dismissal of |

8

|  |  |  |  |  | Garnishment. Download and profile; Prepare and send to Charity Olson |
|---|---|---|---|---|---|
| 12/5/2018 | OGW | $225 | 0.1 | $22.50 | Reach out to opposing counsel regarding check for settlement of garnishment action |
| 4/8/2019 | OGW | $250 | 0.3 | $75.00 | Reach Out to Bedard Law firm to determine whether they are representing NCS and whether there is an offer to settle post-judgment fees |
| 4/9/2019 | OGW | $250 | 1 | $250.00 | Attorney's Fees Affidavit for time since September 6, 2018 |
| 4/9/2019 | OGW | $250 | 0.5 | $125.00 | Motion and Brief in Support for attorney's fees since September 6, 2018 |
| 4/10/2019 | OGW | $250 | .5 | $125.00 | Finalized Pleadings for Motion for additional attorney's fees |
|  |  |  | 25.3 | $4,280.00 |  |

Further affiant sayeth not.

This ___ day of April, 2019.

Orion G. Webb
Georgia Bar No. 479611

Sworn to and subscribed before me
this ___ day of April, 2019.

Notary Public

9